498 A.2d 621

**In the Matter of the RESIGNATION OF Michael Owen HOWELL.**

**Misc. Docket (Subtitle BV) No. 27, Sept. Term, 1985.**

Court of Appeals of Maryland.

Filed Oct. 7, 1985.

Submitted to MURPHY, C.J., and SMITH, ELDRIDGE, COLE, RODOWSKY, COUCH and McAULIFFE, JJ.

ORDER

WHEREAS, Michael Owen Howell, a member of the Bar of the State of Maryland, wrote a letter dated September 8, 1985 and filed in this Court on September 10, 1985 in which he stated that " . . . due to emotional and reasons of conscience I do not feel that I can continue to practice law in this jurisdiction" and tendered his resignation from the Bar of this State, and

WHEREAS, pursuant to Maryland Rule BV12, the Court notified Bar Counsel of the filing of the application to resign and requested Bar Counsel to submit a recommendation as to Howell's application, and

WHEREAS, Bar Counsel thereafter filed a recommendation that Howell's resignation be accepted by the Court,

NOW, THEREFORE, it is this 7th day of October, 1985

ORDERED, by the Court of Appeals of Maryland, that the application to resign from the further practice of law in this State filed by Michael Owen Howell be, and it is hereby, accepted, and it is further

ORDERED that the Clerk of this Court shall strike the name of Michael Owen Howell from the register of attorneys, and pursuant to Maryland Rule BV13, shall certify that fact to the Trustees of the Clients' Security Trust Fund and the Clerks of all judicial tribunals in this State.